# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158557(12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MONTEZ STOVALL,
      Defendant-Appellant.

SC: 158557
COA: 342440
Wayne CC: 92-000334-FC

_____/

      On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Marsha L. Levick to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk